# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| E. WAYNE HAGE<br>AND THE ESTATE OF JEAN N. HAGE | * | |
| *Plaintiffs*, | * | No. 91-1470L |
| v. | * | Filed: September 18, 2006 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference the Court SCHEDULES a telephone status conference for Wednesday, October 18, 2006 at 2:30 p.m E.D.T., to discuss settlement efforts.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE