IN THE UNITED STATES COURT OF FEDERAL CLAIMS

E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

_____________________________/

Case No. 91-1470 L

Senior Judge Loren Smith

**PLAINTIFFS' MOTION TO SUBSTITUTE UNDER RCFC 25 (a) THE ESTATE OF E. WAYNE HAGE FOR PLAINTIFF E. WAYNE HAGE; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF LYMAN D. BEDFORD**

Lyman D. Bedford
MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202
Attorney of Record for the Hage Plaintiffs

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 25 (a) of the Rules of the United States Claims Court (hereinafter "RCFC"), Plaintiffs hereby move the Court for an order substituting The Estate of E. Wayne Hage for plaintiff E. Wayne Hage.

This motion to substitute is made pursuant to RCFC 25 (a) on the following grounds:

1. RCFC 25 (a) provides that if a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties.

2. E. Wayne Hage died on June 4, 2006 and his estate was opened in the courts of the State of Nevada on September 11, 2006. John Nichols was appointed executor of the Estate of E. Wayne Hage.

Plaintiffs have attached hereto a memorandum of points and authorities and the Declaration of Lyman D. Bedford in support of this motion.

DATED: October 10, 2006

Respectfully submitted,

By:____________________

Lyman D. Bedford
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202
Attorney of Record for the Hage Plaintiffs

Michael J. Van Zandt
Of Counsel

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiffs E. Wayne Hage and Jean N. Hage filed their complaint for just compensation and damages on September 26, 1991. Jean N. Hage died on March 14, 1996 and her interest in the Pine Creek Ranch passed to her estate. Thereafter, this Court substituted "Jean N. Hage" with "the Estate of Jean N. Hage."

Plaintiff E. Wayne Hage died on June 4, 2006 and his estate was opened in the courts of the State of Nevada on September 11, 2006. John Nichols was appointed executor of the Estate of E. Wayne Hage.

## II. ARGUMENT

### A. Claims Court Rule 25 (a) Allows The Court To Order Substitution of The Proper Parties

Claims Court Rule 25 (a) states that "if a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties" upon motion made by any party "or by the successors or representatives of the deceased party."

The interests of the E. Wayne Hage in the Pine Creek Ranch passed to the Estate of E. Wayne Hage upon his death. These claims have not been extinguished, and substitution of "The Estate of E. Wayne Hage" for "E. Wayne Hage" is proper.

## III. CONCLUSION

Plaintiffs hereby respectfully request that the Court enter an order substituting plaintiff "the Estate of E. Wayne Hage" for "E. Wayne Hage".

DATED: October 10, 2006

Respectfully submitted,

By:______________________

Lyman D. Bedford
MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202
Attorney of Record for the Hage Plaintiffs

Michael J. Van Zandt
Of Counsel

**DECLARATION OF LYMAN D. BEDFORD**

I, Lyman D. Bedford, declare as follows:

1. I have personal knowledge of the facts herein stated and if called to testify could competently testify thereto.

2. I am a partner in the law firm of McQuaid, Bedford & Van Zandt.

3. I am the counsel of record for E. Wayne Hage and the Estate of Jean N. Hage, plaintiffs in the above-captioned action.

4. Plaintiffs E. Wayne Hage and Jean N. Hage filed their complaint for just compensation and damages on September 26, 1991.

5. Jean N. Hage died on March 14, 1996 and her interest in the Pine Creek Ranch passed to her estate. Thereafter, this Court substituted "Jean N. Hage" with "the Estate of Jean N. Hage."

6. Plaintiff E. Wayne Hage died on June 4, 2006 and his estate was opened in the courts of the State of Nevada on September 11, 2006. John Nichols was appointed executor of the Estate of E. Wayne Hage.

I declare under penalty of perjury under the laws of the United States of America that the matters declared herein are true and correct to the extent of my knowledge. Executed this 10th day of October, 2006 at San Francisco, California.

Lyman D. Bedford

## CERTIFICATE OF SERVICE

At the direction of the Attorney of Record or his designee, on the date designated below, I served the within **PLAINTIFFS' MOTION TO SUBSTITUTE UNDER RCFC 25 (a) THE ESTATE OF E. WAYNE HAGE FOR PLAINTIFFS E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF LYMAN D. BEDFORD** on the interested parties in this action, as follows:

Michael Wolz — by first class mail
Nevada Attorney General's Office
100 North Carson Street
Carson City, NV 89701-4717

Thomas D. Lustig — by first class mail
National Wildlife Federation
2260 Baseline Rd., Ste. 100
Boulder, CO 80302

Dated: October 10, 2006

Teresa Bechelli
Teresa Bechelli