# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * *

No. 91-1470L

Filed: October 13, 2006

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Plaintiff's Motion to Substitute Under RCFC 25(a) the Estate of E. Wayne Hage for Plaintiff E. Wayne Hage. The caption is amended to reflect such.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE