**CERTIFICATE OF SERVICE**

I certify that on January 4, 2007, in addition to electronically filing the attached documents, I served the following individual with copies of the attached MOTION OF AMICI CURIAE NEVADA DEPARTMENT OF WILDLIFE, ET AL., TO FILE A SUPPLEMENTAL MEMORANDUM REGARDING THE FEDERAL CIRCUIT'S DECISION IN COLVIN CATTLE COMPANY, and SUPPLEMENTAL MEMORANDUM OF AMICI CURIAE NEVADA DEPARTMENT OF WILDLIFE, ET AL., REGARDING THE FEDERAL CIRCUIT'S DECISION IN COLVIN CATTLE COMPANY, by placing a copy in first class mail addressed as follows:

Michael Wolz
Nevada Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717

________________________________