IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

__________________________________/

Case No. 91-1470 L

Senior Judge Loren Smith

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Lyman D. Bedford
MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202
Attorney of Record for the Hage Plaintiffs

Plaintiffs, through their undersigned counsel, move for a seven-day extension of time, to and including January 29, 2007, in which to file Plaintiffs' Response to Supplemental Memorandum of Amici Curiae, Nevada Department of Wildlife, et al., regarding the Federal Circuit's Decision in Colvin Cattle Company. Grounds for this motion are as follows:

The instant Supplemental Memorandum was filed on January 4, 2007. Plaintiffs' lead counsel Lyman D. Bedford was in trial on January 8, 2007 and had a medical procedure on January 11, 2007, which necessitated his absence from the office. In addition, Mr. Bedford is scheduled to complete his Mandatory Continuing Legal Education on January 19, 20 and 21, 2007. The undersigned requires additional days to prepare an adequate response.

The undersigned has contacted both Kathleen Doster, defendant's counsel and Johanna Wald, amici counsel, who stated that they have no objection to the requested extension, to and including January 29, 2007.

Accordingly, plaintiffs request that this Court grant plaintiffs' unopposed motion for extension of time to and including January 29, 2007 for the filing of plaintiffs' responding memorandum addressing the issues outlined in the Supplemental Memorandum of Amici Curiae.

DATED: January 16, 2007

Respectfully submitted,

By:____________________________

Lyman D. Bedford
**McQuaid Bedford & Van Zandt LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202
Attorney of Record for the Hage Plaintiffs

Michael J. Van Zandt
Of Counsel

## CERTIFICATE OF SERVICE

At the direction of the Attorney of Record or his designee, on the date designated below, I served the within **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME** on the interested parties in this action, as follows:

Michael Wolz
Nevada Attorney General's Office
100 North Carson Street
Carson City, NV 89701-4717

by first class mail

Dated: January 16, 2007

Teresa Bechelli

Teresa Bechelli