# In the United States Court of Federal Claims

| | | |
|---|---|---|
| THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE | | |
| *Plaintiffs*, | | No. 91-1470L |
| v. | | Filed: January 19, 2007 |
| THE UNITED STATES, | | Senior Judge Smith |
| *Defendant*. | | |

**ORDER**

The Court hereby GRANTS Amici Curiae's Motion to File a Supplemental Memorandum regarding the Federal Circuit's Decision in *Colvin Cattle Company*. The Court hereby further GRANTS Plaintiffs' Unopposed Motion for Extension of Time. Plaintiffs' response shall be filed and served on or before January 29, 2007.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE