**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE ESTATE OF E. WAYNE HAGE AND ESTATE OF JEAN N. HAGE, Plaintiffs, | No. 91-1470L |
| v. | Senior Judge Loren Smith |
| UNITED STATES OF AMERICA, Defendant. | |

**MOTION OF AMICI CURIAE NEVADA DEPARTMENT OF WILDLIFE, ET AL. TO FILE A SUPPLEMENTAL MEMORANDUM REGARDING THE DECISION OF THE U.S. COURT OF FEDERAL CLAIMS IN CASITAS MUNICIPAL WATER DISTRICT V. UNITED STATES**

Pursuant to RCFC 15(d), amici[1] respectfully request that they be allowed to file the attached SUPPLEMENTAL MEMORANDUM OF AMICI CURIAE NEVADA DEPARTMENT OF WILDLIFE, ET AL. REGARDING THE U.S. COURT OF FEDERAL CLAIMS DECISION IN CASITAS MUNICIPAL WATER DISTRICT V. UNITED STATES.

As grounds for this motion, amici state as follows:

1. The recent decision of the U.S. Court of Federal Claims in *Casitas Municipal Water District v. United States*, No. 05-168L (March 29, 2007), is an important ruling regarding the appropriate standard for evaluating whether or not government action restricting the use of water constitutes a taking. The proposed supplemental memorandum addresses how the ruling and analysis in *Casitas* relates to the pending issues in this case.

2. Plaintiffs will not be prejudiced by granting this motion. Given that this litigation

[1] Amici are the Nevada Department of Wildlife, the National and Nevada Wildlife Federations, the Natural Resources Defense Council, and the Toiyabe Chapter of the Sierra Club.

has already been pending for well over a decade, plaintiffs will not be prejudiced by the slight additional delay required to carefully consider whether *Casitas* may support dismissal of the claims in this case. Plaintiffs should, of course, be granted an opportunity to respond to the proposed memorandum.

Date: April 6, 2007

Respectfully submitted,

_(/s/_______________________________________
Johanna H. Wald, COUNSEL OF RECORD
Natural Resources Defense Council
111 Sutter Street, 20th floor
San Francisco, California 94104
415/875-6100; 415/875-6161 (fax)

Thomas D. Lustig
National Wildlife Federation
2260 Baseline Road, Suite 100
Boulder, Colorado 80302
303/441-5158; 303/786-8911 (fax)

**Attorneys for *Amici Curiae* Nevada Department of Wildlife, National and Nevada Wildlife Federations, Natural Resources Defense Council, and the Toiyabe Chapter of the Sierra Club**

Of Counsel:

John Echeverria
Georgetown Environmental Law & Policy Institute
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, D.C. 20001

Professor Joseph Feller
College of Law
Arizona State University
Tempe, AZ 85287-7906