**CERTIFICATE OF SERVICE**

I certify that on April 6, 2007, in addition to electronically filing the attached documents, I served the following individuals with copies of the attached MOTION OF AMICI CURIAE NEVADA DEPARTMENT OF WILDLIFE, ET AL. TO FILE A SUPPLEMENTAL MEMORANDUM REGARDING THE DECISION OF THE U.S. COURT OF FEDERAL CLAIMS IN CASITAS MUNICIPAL WATER DISTRICT V. UNITED STATES, and SUPPLEMENTAL MEMORANDUM OF AMICI CURIAE NEVADA DEPARTMENT OF WILDLIFE, ET AL. REGARDING THE U.S. COURT OF FEDERAL CLAIMS DECISION IN CASITAS MUNICIPAL WATER DISTRICT V. UNITED STATES, by placing a copy in first class mail addressed as follows:

Robin Lee Rivett
Pacific Legal Foundation
3900 Lennane Drive
Suite 200
Sacramento, California 95834

Michael Wolz
Nevada Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717

________________________________