# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *
THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE, *Plaintiffs*,

v.

THE UNITED STATES, *Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

No. 91-1470L

Filed: April 18, 2007

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Amici Curiae's Motion to File a Supplemental Memorandum regarding the decision in *Casitas Municipal Water District v. United States*. If any party wishes to respond to such, responses shall be filed and served on or before May 1, 2007.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE