IN THE UNITED STATES COURT OF FEDERAL CLAIMS

E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.
___________________________________/

Case No. 91-1470 L

Senior Judge Loren Smith

**REQUEST FOR STATUS CONFERENCE**

Lyman D. Bedford
MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202
Attorney of Record for the Hage Plaintiffs

Since the Status Conference of October 18, 2006 to address settlement efforts, negotiations with the United States in this matter have not progressed. Therefore, Plaintiffs respectfully request that the Court schedule a Status Conference.

DATED: January 17, 2008

Respectfully submitted,

By:____________________________

Lyman D. Bedford
**MCQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202
Attorney of Record for the Hage Plaintiffs

Michael J. Van Zandt
Of Counsel

# CERTIFICATE OF SERVICE

At the direction of the Attorney of Record or his designee, on the date designated below, I served the within Request for Status Conference on the interested parties in this action, as follows:

Michael Wolz
Nevada Attorney General's Office
100 North Carson Street
Carson City, NV 89701-4717

by first class mail, postage prepared

Dated: January 17, 2008

Keith Kiley