**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE ESTATE OF E. WAYNE HAGE AND ESTATE OF JEAN N. HAGE, Plaintiffs, | ) | No. 91-1470L |
| v. | ) | Senior Judge Loren Smith |
| UNITED STATES OF AMERICA, Defendant. | ) | |

\

**NOTICE OF DEATH OF COUNSEL**

JOHANNA H. WALD, COUNSEL OF RECORD
Natural Resources Defense Council
111 Sutter Street, 20th floor
San Francisco, CA 94104
Tel: 415.875.6100
Fax: 415.875.6161

Counsel for Amici Curiae Nevada Department of Wildlife et al.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN of the death, on Wednesday, May 8, 2008, of Thomas D. Lustig who served as an attorney for *Amici Curiae* Nevada Department of Wildlife, National and Nevada Wildlife Federations, Natural Resources Defense Council, and the Toiyabe Chapter of the Sierra Club since the inception of this case. Mr. Lustig's name and address should be removed from the service list.

Dated: May 12, 2008

Respectfully submitted,

______________________

Johanna H. Wald, Counsel of Record
Natural Resources Defense Council
111 Sutter Street, 20th floor
San Francisco, CA 94104

Counsel for *Amici Curiae* Nevada Department of Wildlife, National and Nevada Wildlife Federations, Natural Resources Defense Council, and the Toiyabe Chapter of the Sierra Club