# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE | * | |
| *Plaintiffs*, | * | No. 91-1470L |
| v. | * | Filed: June 12, 2008 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court **SCHEDULES** a telephone status conference for Monday, June 16, 2008 at 4:00 p.m E.D.T.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE