# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE | * | |
| *Plaintiffs*, | * | No. 91-1470L |
| v. | * | Filed: July 15, 2008 |
| THE UNITED STATES, | * | Senior Judge Loren A. Smith |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference on Thursday, July 17, 2008 for 4:30 P.M. EDT.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE