**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.91-1470L<br><br>Senior Judge Loren Smith |

**DEFENDANT'S STATUS REPORT**

On June 16, 2008, the Court held a telephonic status conference to discuss what additional steps needed to be taken prior to the Court's issuance of a final judgment in this case. The Court referred to its June 6, 2008 Opinion where it awarded plaintiffs interest from the date of the taking, and attorney's fees and costs under the Uniform Relocation Act, 42 U.S.C. § 4654(c). The Court asked the parties to file a written submission by July 16, 2008, regarding the award of interest and attorneys fees and costs. Defendant states:

1. The parties attempted to reach an agreement regarding the framework for how interest should be calculated according to the Court's June 6, 2008 Order. Counsel for defendant believed that an agreement had been reached on July 10, 2008, whereby interest would be calculated from September 26, 1991 (date of taking), to the date of payment, according to the Declaration of Takings Act, 40 U.S.C. § 3116. On July 15, 2008, counsel for defendant called counsel for plaintiffs to discuss the filing of this Status Report and only then found out that plaintiffs were considering seeking an award of interest pursuant to a framework other than the Declaration of Takings Act. Plaintiffs have not identified to the United States what interest

award they will be seeking, and therefore, the United States cannot respond to such in this Status Report. The United States requests, without conceding liability or conceding that plaintiffs are entitled to any relief whatsoever, and without waiving its right of appeal, that the Court enter a final judgment whereby the plaintiffs are awarded $4,220,431.20, plus interest from September 26, 1991 to the date of payment, according to the Declaration of Takings Act, 40 U.S.C. § 3116.

2. Plaintiffs intend to file a claim for attorney's fees and costs under the Uniform Relocation Act, 42 U.S.C. § 4654(c). Counsel for plaintiffs has represented to counsel for defendant that he is in the process of compiling documentation to support plaintiffs' claim for attorneys fees and costs incurred over the last seventeen years. It will take a substantial amount of time and effort, once it becomes available, for defendant to go through the documentation to determine which of the requested fees and costs are appropriate. Since this case has been pending since 1991, and the United States is in the process of evaluating whether it will appeal the Court's decisions in this case, Defendant believes that it will be more efficient for the Court to defer proceedings on the award of attorneys fees and costs until after the parties have had an opportunity to appeal. Therefore, the United States requests that the Court enter a final judgment under Rule 54(b) on all claims other than attorney's fees and costs, and hold proceedings on attorneys fees and costs, if necessary, after the appellate process is concluded (or the expiration of time for taking an appeal has run). See First Federal Savings and Loan Assoc. v. United States, 76 Fed. Cl. 765, 768 (2007) ("The Court believes that it would best serve the interests of the parties and the Court to defer consideration of any claim by [plaintiff] for attorneys' fees . . . until after the resolution of any appellate proceedings (or expiration of the time for taking an appeal) related to the final judgment to be entered pursuant to this Opinion and Order."); CCA

Assoc. v. United States, 75 Fed. Cl. 170, 206 (2007) ("Given the high likelihood of appeal in this case and in the interest of efficiency, proceedings on award of attorneys' fees and costs should be deferred until after any appellate process has been concluded."); Cienega Gardens v. United States, 67 Fed. Cl. 434, 494 (2005), vacated on other grounds, 503 F.3d 1266 (Fed. Cir. September 25, 2007).

Dated: July 15, 2008

Respectfully Submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/ Kathleen Doster
Kathleen L. Doster
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0481 (phone)
(202) 305-0506 (fax)
kathleen.doster@usdoj.gov