# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
*
THE ESTATE OF E. WAYNE HAGE *
AND THE ESTATE OF JEAN N. HAGE *
*
*Plaintiffs*, * No. 91-1470L
*
v. * Filed: July 28, 2008
*
THE UNITED STATES, * Senior Judge Loren A. Smith
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on July 17, 2008, the Court hereby **SCHEDULES** a telephone status conference for Tuesday, August 19, 2008 at 2:30 p.m. EDT to discuss the possibility of settlement. The parties shall file any notice of change of address pursuant to RCFC 83.1(c)(3) on or before August 12, 2008.

Plaintiffs shall file their motion for reconsideration on or before September 5, 2008. The Court further **SCHEDULES** a telephone status conference for Thursday, September 25, 2008 at 3:00 p.m. EDT to discuss the motion.

Plaintiffs' status report filed July 16, 2008 contained the following errors. The document was docketed by an attorney other than the attorney of record. In addition, the document was not signed. Therefore, the Clerk is hereby **DIRECTED** to strike the status report from the record.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE