**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE ESTATE OF E. WAYNE HAGE AND ESTATE OF JEAN N. HAGE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:91-cv-1470<br><br>Senior Judge Loren Smith |

**MOTION TO SUBSTITUTE ATTORNEY**
**And**
**NOTICE OF CHANGE OF ADDRESS**

JOHANNA H. WALD, COUNSEL OF RECORD
Natural Resources Defense Council
111 Sutter Street, 20th floor
San Francisco, CA 94104
Tel: 415.875.6100
Fax: 415.875.6161

Counsel for Amici Curiae Nevada Department of Wildlife et al.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Amici hereby move this Court to substitute Joseph Feller, Professor of Law, Arizona State University, for Thomas D. Lustig as an attorney for *Amici Curiae* Nevada Department of Wildlife, National and Nevada Wildlife Federations, Natural Resources Defense Council, and the Toiyabe Chapter of the Sierra Club in this case. Professor Feller is now on leave from Arizona State University. Until further notice, his address and contact information are as follows:

Joseph Feller
National Wildlife Federation
2260 Baseline Road, Suite 100
Boulder, CO 80302
303-786-8001; 303-786-8911 (fax)
fellerj@nwf.org

Dated: July 28, 2008

Respectfully submitted,

Johanna H. Wald, Counsel of Record
Natural Resources Defense Council
111 Sutter Street, 20th floor
San Francisco, CA 94104

Counsel for *Amici Curiae* Nevada Department of Wildlife, National and Nevada Wildlife Federations, Natural Resources Defense Council, and the Toiyabe Chapter of the Sierra Club