# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE | * | |
| *Plaintiffs*, | * | No. 91-1470L |
| v. | * | Filed: July 30, 2008 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Amici's Motion to Substitute Joseph Feller for Thomas D. Ludwig as attorney for Amici Curiae Nevada Department of Wildlife, National and Nevada Wildlife Federations, Natural Resources Defense Council, and the Toiyabe Chapter of the Sierra Club. The Clerk is **DIRECTED** to change the docket to reflect such. The Court also notes the change of address for Mr. Feller. The Clerk is further **DIRECTED** to update to docket to reflect the new address.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE