## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 91-1470l<br><br>Senior Judge Loren Smith |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the attorneys of record herein, Lyman D. Bedford and Michael J. Van Zandt, have joined the law firm HANSON BRIDGETT LLP and changed their addresses, phone numbers, fax numbers and e-mail addresses as follows:

Lyman D. Bedford
Wood Island, Suite 3E
80 E. Sir Francis Drake Blvd.
Larkspur, CA 94939
Telephone: (415) 925-8400
Facsimile: (415) 925-8409
lbedford@hansonbridgett.com

Michael J. Van Zandt
425 Market Street, 26th Floor
San Francisco, CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
mvanzandt@hansonbridgett.com

DATED: July _____, 2008

HANSON BRIDGETT LLP

By: s/ Lyman D. Bedford
LYMAN D. BEDFORD
Attorneys for Plaintiffs
THE ESTATE OF E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE