**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendants. | No. 91-1470 L<br>Senior Judge Loren Smith |

**DECLARATION OF DUANE E. WEBB IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF VALUATION OF WATER RIGHTS; IN THE ALTERNATIVE, MOTION FOR PREJUDGMENT INTEREST**

I, Duane E. Webb, declare as follows:

1. I am the owner of Southwestern Ag, Services, LLC., 5241 N. Woodmere Fairway, Scottsdale Arizona 85250. I am over the age of eighteen, I am personally familiar with all matters in this declaration and, if asked to testify, could offer competent testimony on them.
2. I have forty-four years experience in the agricultural field, seventeen years with short term and long term agricultural finance on farms, ranches, dairies, and tree crops. I have eighteen years experience in agricultural real estate appraisals, sales, and consultation; including valuing water rights associated with ranching and agricultural operations. I have nine years experience working with long term lending for the Federal Land Bank and major insurance companies.
3. I am an Accredited Rural Appraiser (License No. 3266), have been a Certified General Real Estate Appraiser in Arizona since 1991 (Cert. No. 30011), and have a temporary permit as a General Real Estate Appraiser in Nevada (Permit

No. ATMP0010861).

4. I was qualified as an expert in valuing ranches in Central Nevada in this matter in 2004 and testified regarding the value of the Hage Pine Creek Ranch.

5. I have conducted research on the value of irrigation water rights in Southern Monitor Valley in Nye County Nevada owned by the Plaintiffs in this matter. Attached hereto as Exhibit "A" is a true and accurate copy of the Affidavit Updating Water Rights Value for the E. Wayne Hage Estate Pine Creek Ranch.

6. It is my opinion that the Plaintiffs' water rights have a current value of $1,200/acre foot.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September 2008, in Scottsdale, Arizona.

By: Duane E. Webb

Duane E. Webb, A.R.A.

EXHIBIT A

**DUANE E. WEBB A.R.A**

**SOUTHWESTERN AG. SERVICES LLC**

**5241 N. WOODMERE FAIRWAY**

Exp. Date 2/2/09 **SCOTTSDALE, ARIZONA 85250**

**AGRICULTURAL APPRAISALS & REAL ESTATE**

September 2, 2008

Affidavit updating water rights value for the E. Wayne Hage Estate Pine Creek Ranch:

Wayne N. Hage
Executor of the Wayne E. Hage & Jean Hage Estate
P.O. Box 513
Tonopah, Nevada 89049

Mr. Wayne N. Hage:

At your request in the Pine Creek Ranch Water Valuation Contract dated 8/15/08, and at the request of Lyman D. Bedford of Hanson Bridgett per a contract letter dated 8/5/08, I have prepared this affidavit of value updating certain Irrigation Water Rights owned by the above estate located in the southern Monitor Valley of Nye County Nevada.

These water rights were investigated about one year ago by myself in Central Nevada. This updated research was in Central Nevada from the Armargosa Valley in Nye County, the Tonopah, Smokey Valley and Monitor Valley area of Nye County, and Eureka County and White Pine County in Nevada.

Water Rights in Nevada are controlled by the Department of Conservation & Natural Resources Division of Water Resources in Carson City Nevada. Nevada has 14 Hydrographic Regions with 256 hydrographic areas and sub areas. The hydrographic regions are each comprised of major drainage basins such as the Truckee, Carson, Walker Humbolt or Colorado River. Nevada has available the following water:

| | |
|---|---|
| Ground-water recharge from precipitation | 2,200,000 ac. Ft. |
| Perennial yield of valley-fill reservoirs | 2,100,000 ac. Ft. |
| Groundwater stored in the upper 100' of Saturated valley fill | 250,000,000 ac. Ft. |
| Estimated transitional storage reserve | 84,000,000 ac. Ft. |

Nevada is an arid state, with a great deal of moisture variation the average rainfall for all 16 counties is 7.28"/year. Water withdrawals for irrigation state wide for 2000 were 3,322,980 ac. Ft., and are projected to be 3,353,600 by 2010. Consumptive use for 2000 was 1,778,500 ac. Ft., and projected to be 1,794,910 ac. Ft. by 2010.

Water is strictly controlled by the State of Nevada, via a system of Applications, Proofs, Permits & Certificates, and water must be demonstrated to be for beneficial use. Vested water rights also exist, and are basically pre-statehood rights that are properly filed and recorded with the State of Nevada Engineers Office. Water Rights once granted have the standing of both real and personal property. This means that water rights can be conveyed as personal property if they are specifically excluded in the deed. The first statute was enacted in 1866, and has been amended many times. The 1939 Nevada Underground Water Act granted the Nevada Division of Water Resources total jurisdiction over all groundwater in the state. This act is considered one of the most comprehensive water laws in the west. Water in Nevada is based on two fundamental concepts prior appropriation and beneficial use. Water is measured in acre feet, one acre feet is 325,851 gallons, and one cubic foot per second is 449 gallons per minute.

The Hage water rights consist of the following Irrigation Rights; 17,568.71 acre feet of irrigation rights in the Southern Monitor Valley, in water basin 140A, 140B, 141, 142, 149, 150 & 156. they consist of gravity water from Pine Creek, Barley Creek, Pasco Creek, Mesquito Creek, Potts Creek and Meadow Canyon, all used for irrigation on deeded land meadows, fields etc. They are Vested rights No. 01091, 01183, 01184, 01185, 01186, 4464, 4465, 4466, 05738, and Certificates No. 380,414,436,742,1212,1213,1336,2556, 2606,10862 & 10863.

I researched various Central Nevada areas where water right activity seemed to be prevalent. This consisted of Nye County, Eureka, White Pine and Esmeralda Counties. All of these areas are active in water sales and land sales. White Pine is especially active, due to the purchases by the Southern Nevada Water Authority (SNWA). SNWA has purchased the surface water rights on these ranches and is maintaining them on property for continued use in agriculture operations. The area of Pahrump to the west of Las Vegas is also short of water due to its rapidly expanding population as a bedroom community of retires adjacent to Las Vegas. The Amorgosa Valley located northwest of Pahrump is a farming and dairy area which is dependant on the same water supply as the Pahrump area. I have uncovered agricultural water right sales in the Amorgosa Valley in 1999 selling for $395/acre foot up to 2007 selling for $1,500/acre foot and higher. I interviewed the Rockview Dairy people, and they indicated that they have purchased considerable water rights and are ready buyers in the $1,500/acre foot to protect there agricultural water supply. The SNWA purchased most of the large ranches in the Spring Valley area in White Pine County in 2006, and early 2007 buying all of the surface and groundwater water rights available. These sales were convoluted and involved deeded land equipment and water rights both surface and ground water rights. The Irrigation water rights were purchased from $1,250/acre foot up to $1850/acre foot. The purchases involved the Robinson property, Wahoo ranch Bradford property Harbecke Property and the El Tejon Ranch, a large property which included the Geyser Ranch. These sales are all in my file, and demonstrate active purchasing of agricultural water rights.

I have a 2007 acre sale in the Monitor Valley on Barley Creek, which involved 360 acres deeded land and 237.1 ac ft of irrigation agricultural water rights; sale was 3/16/07 for $750,000, James Wolfe to San Pablo Acres LLC. It was allocated at $450,000 for 360 acres or $1,250/acre, and $300,000 for 237.1 ac. ft. water or $1,265/ac ft. This sale is in the area of the subject property, and is adjacent to some of the subjects water rights. There is another sale in the Smokey Valley west of the subject, which sold on 9/20/07 for $2,200,000 this sale included 640 acres plus 595 acre feet of agricultural water rights. This sale allocates at $150,000 for improvements, land is valued at $64,000, leaves $1,786,000 for 2,380 ac. Ft. or $750/ac. Ft.

There is another party who owns 20 acres in lower Smokey Valley which has 4 acre feet per acre or 80 acre feet of agricultural water rights, and they are asking $100,000 or $1,250/ac. Ft.

Conclusions:

It is apparent that agricultural water right values are on the rise, with sales in 1999 at $395/acre foot to current at over $1,500/acre foot and higher depending on the area. I have tried to establish some adjustment factors for comparison, it appears that time is a factor, and location may be a factor if they fit the specific needs of the buyer. Size or number of acre feet does not appear to be a factor, and it would take a great number of sales to arrive at a size correlation. It would be my general conclusion that the White Pine County area of Nevada would have a slightly superior demand due to the Southern Nevada Water Authority purchases. The Armargosa Valley area of Nye County would be slightly superior to the Monitor and Smokey valley areas. Let's say from the above sales that the two areas where I found valid sales indicate Market values of $1,500/acre feet. These compared to the Monitor valley and Smokey valley areas at $1,250/acre foot, are slightly inferior to the White Pine area and Armargosa Valley area. It is my conclusion that the Hage Estate water rights consisting of 17,568.1 acre feet have a current market value of $1,200/acre foot or $21,081,720 rounded to $21,000,000.

In today's world in the west water rights are the life blood, and are readily saleable anywhere in the state of Nevada.

I have a complete file with sales and verified values on respective water rights used in this evaluation.

Should you have any questions please feel free to give me a call.

Respectfully yours
Southwestern Ag. Services LLC

Duane E. Webb

Duane E. Webb A.R.A.
Nevada ATMP. 0010861
Exp. Date 2/2/09