# In the United States Court of Federal Claims

No. 91-1470 L

THE ESTATE OF E. WAYNE HAGE
and THE ESTATE OF JEAN N. HAGE

       v.

THE UNITED STATES

**JUDGMENT**

    Pursuant to the court's Opinion and Order, filed November 4, 2013,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the case is closed.  No costs.

                          Hazel C. Keahey
                          Clerk of Court

**November 4, 2013**        By:    s/ Debra L. Samler

                          Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $455.00.