# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendants. | No. 91-1470 L<br><br>Judge Margaret M. Sweeney |

## NOTICE OF WITHDRAWAL AS OF COUNSEL BY LYMAN D. BEDFORD

On June 8, 2013, Mark Pollot was substituted as Counsel of Record in the above-captioned case. I, Lyman D. Bedford was retained as Of Counsel. This is to notify the Court and Parties that Lyman D. Bedford seeks to withdraw as Of Counsel and no longer participate in this case. As of January 31, 2014, I will be changing my status with the State Bar of California to Inactive and will no longer be eligible to practice law. I have informed the representatives of E. Wayne Hage and Jean Hage that I am terminating my representation.

Respectfully submitted,

    /s *Lyman D. Bedford*
Lyman D. Bedford
1201 Brickyard Way, #216
Point Richmond, CA 94801

2651283.1